UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.      :      25-MJ-246 (MAU)

TREVON TROXLER      :

**UNOPPOSED**
**MOTION TO CONTINUE PRELIMINARY HEARING**
**AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

    Mr. Trevon Troxler, through undersigned counsel, respectfully moves this Honorable Court to continue the preliminary hearing scheduled for February 27, 2026. Mr. Troxler needs additional time to review discovery and consider the plea offer. Counsel has advised Mr. Troxler of his rights under the Speedy Trial Act, and he has no objection to excluding the time between February 27, 2026 and the next scheduled date from calculations under the Act. The government has no objection to this continuance and exclusion.

    WHEREFORE, Mr. Troxler respectfully requests that the Court continue the preliminary hearing to March 27, 2026 at 11:30 a.m. and exclude time under the Speedy Trial Act.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500